United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **GILCOM PRODUCE DISTRIBUTING, LLC,** | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 7:25-CV-00077 |
| **GROW FRESH PRODUCE COMPANY, LLC,** | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 7, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 7). Judge Medrano made findings and conclusions and recommended that this civil action seeking to appeal an adverse decision in a Perishable Agricultural Commodities Act ("PACA") reparation proceeding, (Dkt. No. 1), be dismissed due to Plaintiff's failure to prosecute, (Dkt. No. 7).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's M&R, (Dkt. No. 7), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Petition for Reconsideration, (Dkt. No. 1), is **DENIED**;

(3) This civil action is **DISMISSED** for failure to prosecute.

It is SO ORDERED.

Signed on January 27, 2026.

                                                *Drew B. Tipton*
                                                **DREW B. TIPTON**
                                          **UNITED STATES DISTRICT JUDGE**